URI TORNHEIM, Appellant, v BLUE & WHITE FOOD PRODUCTS CORP., Respondent.

Submitted February 14, 2012; decided May 3, 2012

Submitted February 14, 2012; decided May 3, 2012

Motion for leave to appeal from the Appellate Division order affirming the Supreme Court order that denied appellant's motion to vacate, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.